UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARK HIGBEE,

      Plaintiff,

V

EASTERN MICHIGAN UNIVERSITY, THE
BOARD OF REGENTS OF EASTERN MICHIGAN
UNIVERSITY, JAMES SMITH, JAMES CARROLL,
WADE TORNQUIST, JOLINE DAVIS, DAVID TURNER,
DAVID WOIKE, RHONDA LONGWORTH, MICHELLE
CRUMM, MARY TREDER LANG, DENNIS BEAGEN,
MICHAEL HAWKS, EUNICE JEFFRIES, MICHAEL
MORRIS, JAMES WEBB AND ALEXANDER SIMPSON,

      Defendants.

CASE NO. 2:18-cv-13761

JUDGE SEAN F. COX
MAG. JUDGE ANTHONY P. PATTI

---

| | |
|---|---|
| Law Office of Glen N. Lenhoff<br>By: Glen N. Lenhoff (P32610)<br>    Robert Kent-Bryant (P40806)<br>Attorneys for Plaintiff<br>10683 South Saginaw Street, Suite D<br>Grand Blanc, Michigan 48439<br>(810)235-5660<br>lenhofflaw@usol.com | Dykema Gossett, PLLC<br>By:   James Hermon (P53765)<br>       Ryan VanOver (P82007)<br>Attorneys for Defendants<br>2723 South State Street, Suite 400<br>Ann Arbor, Michigan 48104<br>(734)214-7629<br>jhermon@dykema.com<br>rvanover@dykema.com |

---

### PLAINTIFF MARK HIGBEE'S ANSWER TO DEFENDANTS EASTERN MICHIGAN UNIVERSITY AND THE BOARD OF REGENTS' MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(B)(6)

1

For the reasons set forth in the attached Brief in Support of Plaintiff's Answer to Defendants Eastern Michigan University and the Board of Regents' Motion to Dismiss Pursuant to Fed. R. Civ, P. 12(B)(6), Plaintiff respectfully requests this Honorable court deny the aforestated motion.

Respectfully submitted,

| | |
|---|---|
| /s/Glen N. Lenhoff | /s/Robert D. Kent-Bryant |
| GLEN N. LENHOFF (P32610) | ROBERT KENT-BRYANT(P40806) |
| Law Office of Glen N. Lenhoff | Law Office of Glen N. Lenhoff |
| Attorney for Plaintiff | Attorney for Plaintiff |
| Dated: 03/01/19 | Dated: 03/01/19 |

G:/CLIENTS/Higbee/ans to mtn to dismiss - EMU