UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARK HIGBEE,         CASE NO. 2:18-cv-13761

   Plaintiff,        JUDGE SEAN F. COX
       MAG. STEPHANIE DAWKINS DAVIS

V

EASTERN MICHIGAN UNIVERSITY, THE
BOARD OF REGENTS OF EASTERN MICHIGAN
UNIVERSITY, JAMES SMITH, JAMES CARROLL,
WADE TORNQUIST, JOLINE DAVIS, DAVID TURNER,
DAVID WOIKE, RHONDA LONGWORTH, MICHELLE
CRUMM, MARY TREDER LANG, DENNIS BEAGEN,
MICHAEL HAWKS, EUNICE JEFFRIES, MICHAEL
MORRIS, JAMES WEBB AND ALEXANDER SIMPSON,

   Defendants.

---

## MOTION BY THE LAW OFFICE OF GLEN N. LENHOFF TO WITHDRAW AS COUNSEL FOR PLAINTIFF

NOW COMES the Law Office of Glen N. Lenhoff, which hereby petitions the Court to withdraw as Counsel for the following reasons.

1. From the onset of the above-captioned case, the Law Office of Glen N. Lenhoff has represented Plaintiff, Mark Higbee.

2. Plaintiff, Mark Higbee, has now discharged the Law Office of Glen N. Lenhoff as his attorneys.

1

3. As Mr. Higbee has discharged the Law Office of Glen N. Lenhoff, Michigan Rule of Professional Conduct 1.16(a)(3) requires the Law Office of Glen N. Lenhoff to withdraw as his attorneys.

4. Local Rule for the Federal Court for the Eastern District of Michigan 83.25(b)(2) requires the Law Office of Glen N. Lenhoff to obtain a Court Order before withdrawing as Plaintiff's attorney.

5. Accordingly, the Law Office of Glen N. Lenhoff hereby seeks an Order of this Court granting the Law Office of Glen N. Lenhoff's Motion to Withdraw as the attorney for Plaintiff, Mark Higbee.

6. In this case no Motions are currently pending, no trial has been set, and there currently exists no discovery deadline.

7. Therefore, withdrawal by the Law Office of Glen N. Lenhoff will not cause Plaintiff any material adverse effect to his interests.

8. The Plaintiff has been served with this Motion by way of First Class Mail and email.

9. On July 8, 2019, the Law Office of Glen N. Lenhoff contacted Counsel for Defendants, who stated they have no objection to this Motion.

Therefore, the Law Office of Glen N. Lenhoff respectfully requests that this Honorable Court grant its Motion to Withdraw as Counsel for Plaintiff, pursuant to LR 83.25(b)(2) and MRPC 1.16(a)(3).

Respectfully submitted,

Dated: 07/08/19  /s/Glen N. Lenhoff
GLEN N. LENHOFF  (P32610)

/s/Robert D. Kent-Bryant
ROBERT KENT-BRYANT(P40806)
Law Office of Glen N. Lenhoff
Attorney for Plaintiff
10683 South Saginaw Street, Suite D
Grand Blanc, Michigan  48439
(810)235-5660

G:/clients/Higbee/mtn withdraw