Case No. 19-1751

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

**ORDER**

MARK HIGBEE

      Plaintiff - Appellee

v.

EASTERN MICHIGAN UNIVERSITY, et al

      Defendants

 and

JAMES SMITH; JAMES CARROLL; WADE TORNQUIST; JOLINE DAVIS; DAVID TURNER; DAVID WOIKE; RHONDA LONGWORTH; MICHELLE CRUMM; MARY TREDER LANG; DENNIS BEAGAN; MICHAEL HAWKS; EUNICE JEFFRIES; MICHAEL MORRIS; JAMES WEBB; ALEXANDER SIMPSON

      Defendants - Appellants

  Upon sua sponte consideration, it is hereby ORDERED that Mr. Glen Lenhoff no longer represents the plaintiff-appellee, Mark Higbee,

   It is further ORDERED that Mark Higbee shall inform the court within thirty (30) days if he plans to retain new counsel or proceed pro se.

**ENTERED PURSUANT TO RULE 45(a),
RULES OF THE SIXTH CIRCUIT**
Deborah S. Hunt, Clerk

Issued: July 10, 2019

**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: July 10, 2019

Mr. Mark Higbee
704 Hemphill Street
Ypsilanti, MI 48198

Mr. Glen N. Lenhoff
Law Office of Glen N. Lenhoff
328 S. Saginaw Street
8th Floor, North Building
Flint, MI 48502

Ms. Jill Margaret Wheaton
Dykema Gossett
2723 S. State Street
Suite 400
Ann Arbor, MI 48104

Re: Case No. 19-1751, *Mark Higbee v. Eastern Michigan University, et al*
Originating Case No. : 2:18-cv-13761

Dear Counsel,

The Court issued the enclosed Order today in this case.

Sincerely yours,

s/Michelle M. Davis
Case Manager
Direct Dial No. 513-564-7025

cc: Mr. David J. Weaver

Enclosure